**Estelean Jeanette DODGE,**
**Plaintiff-Appellant**

v.

**HARTFORD LIFE AND ACCIDENT**
**INSURANCE COMPANY,Defendant-**
**Appellee**

No. 17-1417

United States Court of Appeals,
Eighth Circuit.

Submitted: January 26, 2018

Filed: February 13, 2018

Estelean Jeanette Dodge, Pro Se

Jodi Warmbrod Dishman, McAfee &
Taft, Oklahoma City, OK, for Defendant-
Appellee

Before GRUENDER, BOWMAN, and
KELLY, Circuit Judges.

PER CURIAM.

Estelean Jeanette Dodge appeals after
the District Court[1] dismissed her com-
plaint alleging that she had been wrongful-
ly denied long-term disability benefits and
asserting a claim under the Employment
Retirement Income Security Act. The Dis-

trict Court dismissed the complaint under
Rule 12(b)(6) of the Federal Rules of Civil
Procedure, concluding in a well-reasoned
order that the cause of action was time-
barred. After de novo review, we conclude
that the dismissal was proper for the rea-
sons stated by the District Court.[2] See
Kelly v. City of Omaha, 813 F.3d 1070,
1075 (8th Cir. 2016) (standard of review).

We affirm the judgment of the District
Court. See 8th Cir. R. 47B.

---

1. The Honorable Billy Roy Wilson, United
   States District Judge for the Eastern District
   of Arkansas.

2. We decline to consider issues raised for the
   first time on appeal or documents that were

not before the District Court. See Dubinsky v.
Mermart, LLC, 595 F.3d 812, 819 (8th Cir.
2010); Griffin v. Super Valu, 218 F.3d 869,
871 (8th Cir. 2000).